**Gregory H. JONES, Plaintiff–Appellant,**

v.

**Robert McKAY; Anthony E. Rand; Willis J. Fowler; Derrick E. Wadsworth, Defendants–Appellees.**

No. 15–7302.

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 25, 2016.

Decided: Feb. 29, 2016.

Gregory H. Jones, Appellant Pro Se. Joseph Finarelli, Special Deputy Attorney General, North Carolina Department of Justice, Raleigh, North Carolina, for Appellees.

Before SHEDD and HARRIS, Circuit Judges, and DAVIS, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gregory H. Jones appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Jones v. McKay*, No. 5:12–ct–03213–BO (E.D.N.C. Aug. 5, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*